IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JULIO C. LISCANO and JUAN I. CUENEO, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 17-0557-CG-N |
| WILLIAM A STEGALL, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all the issued raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 30, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiffs' Motion to Remand (Doc. 3) is **GRANTED**. The Clerk of Court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Mobile County, Alabama, from whence it was removed.

**DONE and ORDERED** this 25th day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE